An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

UPONOR INC.; AND UPONOR NORTH
AMERICA, INC.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE SUSAN
JOHNSON, DISTRICT JUDGE,
Respondents,
and
TURTLE CREEK HOMEOWNERS
ASSOCIATION, INC., A NEVADA NON-
PROFIT CORPORATION; JOSEPH
CORDOVA, III, AN INDIVIDUAL; AND
WILLIAM GARFIELD, AN INDIVIDUAL,
Real Parties in Interest.

No. 65883

**FILED**

JUL 31 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

On July 23, 2014, petitioners filed a notice of their withdrawal of their petition for a writ of mandamus or prohibition due to a settlement that was reached in the underlying matter, which we construe as a motion to voluntarily dismiss this petition. We grant the motion and dismiss this writ petition, with all parties to bear their own fees and costs. NRAP 42(b).

It is so ORDERED.

_____, C.J.

14-25024

cc:    Hon. Susan Johnson, District Judge
Grotefeld, Hoffman, Schleiter, Gordon & Ochoa
Bremer Whyte Brown & O'Meara, LLP
Kemp, Jones & Coulthard, LLP
Carraway & Associates
Maddox, Segerblom & Canepa, LLP
Canepa Riedy & Rubino
Lynch, Hopper & Salzano, LLP
Maddox, Isaacson & Cisneros, LLP
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A